## January 19, 1967

■ LEO BERNARD et al., Respondents-Appellants, v. TRAVELERS INDEMNITY COMPANY et al., Appellants-Respondents.— Order setting aside verdicts unanimously reversed and verdicts reinstated, with costs; order denying plaintiffs' motion for a directed verdict unanimously affirmed, without costs. Memorandum: The verdicts of the jury are supported by the evidence. (Appeal by defendants from order of Monroe Trial Term granting motion for a new trial; appeal by plaintiffs from order denying motion for a directed verdict.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN H. PETERSON, Appellant.— Judgment unanimously reversed on the law and the facts as to the first and second counts of the indictment, and as to said counts indictment dismissed, and in all other respects judgment affirmed. Memorandum: The proof did not establish the essential elements of the crimes of conspiracy, contrary to section 580-a of the Penal Law, and murder first degree, contrary to sections 2 and 1044 of the Penal Law as to defendant. (Appeal from judgment of Monroe County Court and a jury, convicting defendant of murder first, accessory, and conspiracy.) Present — Williams, P. J., Bastow, Henry, Del Vecchio and Marsh, JJ.